# United States District Court Violation Notice

| | |
|---|---|
| CVB Location Code | FC11 |
| Violation Number | 8028432 |
| Officer Name (Print) | Hust |
| Officer No. | H8551 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/28/2019 0014
Offense Charged: ☒ State Code
NCGS 20-138.1

Place of Offense: ACPS All American

Offense Description: Factual Basis for Charge.
Impaired Driving (.19% AC.)
Civ

HAZMAT ☐

## DEFENDANT INFORMATION

Last Name: Boleslawski
First Name: Steven
M.I.: J

City: Fayetteville
State: NC
Zip Code: 28311

---

OR APPEAR IN COURT INDICATED BELOW

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 301 Green St, 3rd Floor, Fayetteville NC, 28301

Date (mm/dd/yyyy): 08/07/2019
Time (hh:mm): 08:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)  Original - CVB Copy

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __28 Jul__, 20__19__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __NC__

At 0014 hrs, 28 Jul 19, ACP Guard Garecht while conducting Access Control Operations at ACP 5 (All American Gate) All American Expy., inspected a 2007 Harley Davidson Softail, DE MC021074, operated by Boleslawski. Upon approach of the vehicle, ACP Guard Garecht detected an odor of alcohol emitting from Boleslawski's person. 5-2 Hust responded to the gate and upon approach of Boleslawski's vehicle detected an odor of alcohol emitting from Boleslawski's person. Standardized Field Sobriety Tests were conducted which warranted further action. Boleslawski was apprehended, transported to the Fort Bragg Law Enforcement Center, administered an Intox EC/IR II test, resulting in .19% AC. Boleslawski was issued one citation with his mandatory court appearance at 0800 hrs, 07 Aug 19. Boleslawski was also issued a one year suspension of post driving privileges, further processed and was released on his own recognizance on DD FM 2708. Boleslawski's vehicle was inventoried on DD FM 2506 and subsequently towed by Beacon Towing Company. Report was reviewed and further processed by Desk Sergeant Crews.

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/28/2019__
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident